**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

LELAND GRASKE,

    Plaintiff,
v.                                      CASE NO.:   3:07cv297/MCR/EMT

JASON R. HAYNES,

    Defendant.
_____/

**O R D E R**

Pursuant to the parties' stipulation, judgment against defendant was entered in this case on February 12, 2008. (Doc. 23). The court directed the case would remain open for further proceedings to set the amount of any judgement against defendant. No activity has occurred in this case for a period of more than six (6) months.[1] Accordingly, plaintiff shall be required to file a report as to whether any judgment amount shall be pursued in this action. Plaintiff's status report shall be due on or before **April 30, 2009**.

DONE and ORDERED this 21st day of April, 2009.

                                                s/ *M. Casey Rodgers*
                                                **M. CASEY RODGERS
UNITED STATES DISTRICT COURT**

---

[1] Plaintiff filed a Motion to Set Amount of Judgment on October 9, 2008; however, the motion was found deficient and denied without prejudice to refiling with necessary corrections. (See doc. 29).