**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

LELAND GRASKE,

        Plaintiff,

v.                                          Case No.: 3:07cv297/MCR/EMT

JASON R. HAYNES,

        Defendant.
_____/

## **FINAL JUDGMENT**

        This matter comes before the Court on the Motion to Set Amount of Judgment filed by Plaintiff, Leland Graske (doc. 28) and the Stipulation to Enter Judgment for Specific Amount (doc 33).

        NOW, THEREFORE, and the Court being fully advised, judgment is entered against Defendant Jason R. Haynes in the amount of $3,997,057.66.  In the event that there is a reversal of the Judgment in the Underlying Action or in the event that the Judgment is modified or reduced by the United States Court of Appeals for the Eighth Circuit as to the Underlying Action, then this Court will accept a joint modification of the parties hereto reflecting a corresponding change in the amount of this Judgment herein, to reflect any potential reversal, modification, or reduction by the Eighth Circuit Court of Appeals; however, in the event of an unqualified affirmance of the Judgment in the Underlying Action, by the Eighth Circuit Court of Appeals, the Judgment (corresponding to the Stipulation to Enter Judgment for Specific Amount (doc. 33)) will stand.

        The amount of this Judgment shall accrue interest (from June 10, 2008) at 2.14% interest.

        **IT IS SO ORDERED** this 11th day of June, 2009.

                                                                   s/ *M. Casey Rodgers*
                                                                  **M. CASEY RODGERS
                                                                   UNITED STATES DISTRICT JUDGE**